# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 30, 2025

Lyle W. Cayce
Clerk

No. 24-10072
Summary Calendar

───────────────

Eric Ellis,

*Plaintiff—Appellant*,

*versus*

City of White Settlement; Christopher Cooke, *Individual and official capacity as City of White Settlement Chief of Police*; Payton Wyly, *Individual and official capacity as City of White Settlement Officer*; Johnathan Loser, *Individual and official capacity as City of White Settlement Officer*; Brad Bukowski, *Individual and official capacity as Sergeant of the City of White Settlement*; James Stewart, *Individual and official capacity as Sergeant of the City of White Settlement*; Carlos Valladares, *Individual and official capacity as Officer of the City of White Settlement*,

*Defendants—Appellees*.

───────────────────────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-1095

───────────────────────────────

Before Jones, Dennis, and Southwick, *Circuit Judges*.

No. 24-10072

Per Curiam:[*]

*Pro se* Plaintiff-Appellant Eric L. Ellis, allegedly a "sovereign citizen," appeals from the district court's final judgment dismissing various constitutional claims against a variety of defendants. For the reasons stated by the district court, we AFFIRM.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.